ORIGINAL

FILED

02/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0112

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23-0112

JOHN BRYCE NEWKIRK,

      Petitioner,

      v.

JAMES SALMONSEN, Warden,
Montana State Prison,
MONTANA DEPARTMENT OF
CORRECTIONS,

      Respondents.

**ORDER**

John Bryce Newkirk, via counsel, has filed a Petition for Writ of Habeas Corpus, asserting that he is entitled to a hearing on medical parole by the Montana Board of Pardons and Parole (Board) pursuant to § 46-23-210, MCA. Newkirk has also filed supplemental documents, including a District Court Order Denying Motion for Order Approving Defendant for Medical Parole, the Board's letter denying him a hearing, and medical records. Upon review of his Petition and attachments, we deem it appropriate to require a response. Therefore,

IT IS ORDERED that that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of habeas corpus together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to all counsel of record.

DATED this __17th__ day of February, 2023.

_____
Justice